equity to the property in issue.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

■

In the Matter of the Estate of HELEN M. PEGG, Deceased.  ARCHIE P. HUGHES, as Executor of HELEN M. PEGG, Deceased, Respondent; ROBERT L. HUNTINGTON, Appellant.—  No opinion.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM LEVINE, Appellant.—  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRACE BALZANO, Appellant, et al., Defendants.—  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.; Dore, J., dissents and votes to affirm.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PACKARD MOTOR CAR CO. OF NEW YORK, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.  [787 11th Ave., Borough of Manhattan.] —  No opinion.  Settle order on notice.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

■

HOTEL CAMERON, INC., Appellant, v. PHILIP DWORSKY, Respondent.—  No opinion.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.  [See post, p. 790.]

■

BALFOUR, GUTHRIE & COMPANY, LTD., Respondent, v. HARBOR TANK STORAGE COMPANY, INC., Appellant.—  No opinion.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

■

MARIUS CHARLET, Appellant-Respondent, v. JAMES E. KOEGEL, Respondent; CROTON FALLS SUPPLY, INC., et al., Respondents-Appellants, et al., Defendants.—  No opinion.  Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.